IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROCHELLE J. VANTREASE, )
)
    Plaintiff, )
) No. 3:12-cv-00042
v. ) Judge Nixon
) Magistrate Judge Brown
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

Pending before the Court is Plaintiff Rochelle J. Vantrease's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed along with a brief in support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 13), to which Plaintiff filed a Reply (Doc. No. 14). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report"), recommending that the Motion be denied (Doc. No. 15). The Report was filed on October 2, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.* at 14) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the __31st__ day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT